## 30013. OUTLAW *v.* THE STATE.

BROYLES, C. J. The defendant was convicted of the offense of simple larceny (cow stealing). The evidence, while in sharp conflict, authorized the verdict; and the court did not err in overruling the motion for new trial which was based upon the general grounds only.

       *Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

               DECIDED APRIL 21, 1943.

*Rowland & Rowland,* for plaintiff in error.
*J. Eugene Cook, solicitor-general,* contra.

## 30020. COWART *v.* THE STATE.

BROYLES, C. J. The defendant's conviction was authorized by the evidence, and the court did not err in overruling the motion for a new trial which contained only the general grounds.

       *Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

               DECIDED APRIL 21, 1943.

*H. H. Elders,* for plaintiff in error. ·